**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Widney Trevor DINNALL, Defendant–Appellant.**

**No. 02–4420.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 23, 2002.

Decided Nov. 22, 2002.

Widney Trevor Dinnall, Appellant Pro Se. Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Widney Trevor Dinnall appeals the district court's fourth order forfeiting substitute assets. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Dinnall,* No. CR–98–946–DWS (D.S.C. filed May 1, 2002; entered May 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*